

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2023

No. 04-22-00716-CR

**EX PARTE** George **TROTTI**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7385-W2
Honorable Ron Rangel, Judge Presiding

# O R D E R

On December 8, 2022, Appellant George Trotti's record on appeal was complete. On December 9, 2022, we ordered Appellant to file his opening brief within thirty days. As of January 17, 2023, no brief has been filed, and we have received no motion for extension of time. *Contra* TEX. R. APP. P. 31.1(a), 38.6(a)(1).

Therefore, we **order** Appellant to respond to this notification **by filing his brief, a motion to extend time,** *or* **a motion to dismiss** within **ten days** of the date of this order. *See* TEX. R. APP. P. 38.8(b) (requiring this court, when no brief is filed, to notify the parties and the trial court of the omission and provide Appellant an opportunity to respond); *In re Crews*, No. 09-99-383CR, 2000 WL 300517, at *1 (Tex. App.—Beaumont Mar. 22, 2000, no pet.) (per curiam) (not designated for publication).

If Appellant fails to comply with this order, we will abate this appeal and remand the cause to the trial court for it to conduct an abandonment hearing. *See* TEX. R. APP. P. 38.8(2), (3).

A hearing could result in this court considering the appeal without briefs. *See* TEX. R. APP. P. 38.8(4); *In re Crews*, 2000 WL 300517, at *1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court